**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTIED STATES for the use of HAJOCA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AEROPLATE CORPORATION, MARY WILLIAMS and RONALD D. PATTERSON,<br>Defendants. | Case No. 1:12-cv-1287 AWI BAM<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>(Doc. 35) |

On March 7, 2013, Plaintiff United States for the use of Hajoca Corporation ("Plaintiff") filed a Motion for Default Judgment against Aeroplate Corporation, Mary Williams, and Ronald D. Patterson ("Defendants"). (Doc. 28). Defendants never responded or participated in the lawsuit at any point. The matter was referred to the Magistrate Judge, who on July 17, 2013, recommended Plaintiff's motion be granted. (Doc. 35). The Findings and Recommendations provided fifteen days to file objections. None were filed.

In accordance with 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of this case and finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, the Court ORDERS that:

1. The Findings and Recommendations are adopted in full;

2. Plaintiff's Motion for Default Judgment against Defendants AEROPLATE

1

CORPORATION and MARY H. WILLIAMS is GRANTED on the claims of: goods sold and delivered; open book account; account stated; breach of contract; and breach of personal guarantee;

3.  Plaintiff's Motion for Default Judgment against Defendant RONALD D. PATTERSON is GRANTED on the claim of violation of the Miller Act;

4.  Plaintiff is AWARDED damages of $66,449.26, plus post-judgment interest against Defendants AEROPLATE CORPORATION, MARY H. WILLIAMS, and RONALD D. PATTERSON;

5.  Plaintiff is AWARDED attorney's fees related to Defendants AEROPLATE CORPORATION and MARY H. WILLIAMS in the total amount of $8,165.14;

6.  The Clerk of the Court is DIRECTED to enter judgment in this action against Defendants AEROPLATE CORPORATION, MARY H. WILLIAMS, and RONALD D. PATTERSON and in favor of Plaintiff United States for the use of Hajoca Corporation in the amount of $74,614.40.

IT IS SO ORDERED.

Dated:   August 15, 2013

_____
SENIOR DISTRICT JUDGE