Name, Address and Phone number of Attorney(s):
Eli J. Karpeles, Bar No. 105838
Karpeles & Associates
8383 Wilshire Blvd. #346
Beverly Hills, Ca 90211
323  782-1344

**LODGED**
SEP 2 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

**FILED**
SEP 30 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES FOR THE USE OF HAJOCA CORPORATION<br>Plaintiff(s)<br>v.<br>AEROPLATE CORPORATION, ET AL. Defendant(s) | **CASE NUMBER**<br>1:12-CV-01287-AWI-BAM<br><br>**ORDER TO APPEAR FOR EXAMINATION RE:**<br><br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT (Third Person)<br><br>☒ Judgment Debtor   ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application  ☐ **GRANTED**   ☐ **DENIED**.

TO: AEROPLATE CORPORATION; MARY WILLIAMS, RONALD D. PATTERSON
(Name of person to Appear)

YOU ARE ORDERED TO APPEAR personally before the Honorable BARBARA A. MACAULIFF, to:

- ☒ furnish information to aid in enforcement of a money judgment against you.
- ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
- ☐ answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

Date of appearance: 11/1/2013   Courtroom: 8   Time: 9:00 a.m./p.m.
U.S. DISTRICT COURT, 2500 Tulare St. Fresno, CA 93721
Location of Appearance:
- ☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA
- ☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA
- ☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
- ☐ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA
- ☒ FRESNO COURTHOUSE; 2500 Tulare St. Rm1501, Fresno, CA 93721

This Order may be served by a Marshal, sheriff, registered process server, or the following, specially appointed person: _____
(Name of appointed process server)

Date: 9/30/13

_/s/ M. McAuliffe_
U.S. District Judge/U.S. Magistrate Judge

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

CV-4P ORDER (08/03)   ORDER ON APPLICATION FOR APPEARANCE AND EXAMINATION
(Attachment-Enforcement of Judgment)   Page 1 of 2